[Nos. 54827-1-I; 54828-0-I.   Division One.   January 23, 2006.]

THE STATE OF WASHINGTON, *Appellant,* v. SUSAN MARIE O'BRIEN, *Respondent.*

THE STATE OF WASHINGTON, *Appellant,* v. NICHOLAS RAY POGUE, *Respondent.*

Appeals from a judgment of the Superior Court for Snohomish County, No. 04-1-00027-1, Anita L. Farris, J., entered August 2, 2004. *Reversed* by unpublished opinion per Baker, J., concurred in by Agid, J.; Kennedy, J., indicated her concurrence prior to her death on September 10, 2005.

[No. 54868-9-I.   Division One.   January 23, 2006.]

JOHN C. EDDY, *Appellant,* v. GLEN DEVORE PERSONAL TRUST, *Respondent.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 99-2-01035-0, Michael F. Moynihan, J., entered June 11, 2004. *Affirmed* by unpublished opinion per Agid, J., concurred in by Grosse and Baker, JJ.

[No. 55081-1-I.   Division One.   January 23, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. JEREMY MONROE KING, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-1-02027-8, James H. Allendoerfer, J., entered October 5, 2004. *Affirmed* by unpublished opinion per Agid, J., concurred in by Grosse and Ellington, JJ. Now published in part at 131 Wn. App. 789.